1 | DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
2 | 2 Palo Alto Square
3000 El Camino Real, Suite 700
3 | Palo Alto, CA 94306-2212
Tel: 650.843.4000
4 | Fax: 650.843.4001
dlandy@morganlewis.com

**FILED**

07 MAY 29 PH 3: 30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6 | M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
7 | San Francisco, CA 94105-1126
Tel: 415.442.1000
8 | Fax: 415.442.1001
mcole@morganlewis.com

*E-Filing*

9

Attorneys for Defendant
10 | A.G. EDWARDS, INC., a.k.a. A.G. EDWARDS &
SONS, INC.
11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14

15

16 | SAM LANDRUM,
On Behalf of Himself and
17 | All Others Similarly Situated,,

Case No. **C 07 2791 BZ**

**RULE 7.1 DISCLOSURE STATEMENT**

18 | Plaintiff,

19 | vs.

20 | A.G. EDWARDS, INC. a.k.a. A.G.
EDWARDS & SONS, INC.,
21

Defendant.

22

23

24 |     Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate

25 | Judges of this Court to evaluate possible disqualification or recusal, the Defendant A.G. Edwards,

26 | Inc., a.k.a. A.G. Edwards & Sons, Inc. ("Defendant" or "A.G. Edwards") in the above-entitled

27 | action hereby avers that Defendant A.G. Edwards, Inc. is the parent corporation of Defendant

28 | A.G. Edwards & Sons, Inc., and holds 100% of A.G. Edwards & Sons, Inc.'s stock. A.G.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7554907.1

Edwards, Inc. does not have a parent corporation and no publicly held corporation owns more

than 10% of its stock.

Dated: May 29, 2007                                MORGAN, LEWIS & BOCKIUS LLP

By _____
Daryl Landy
M. Michael Cole
Attorneys for Defendant,
A.G. EDWARDS, INC., a.k.a. A.G.
EDWARDS & SONS, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

I-SF/7554907.1                                          2

RULE 7.1 DISCLOSURE STATEMENT