1  DARYL S. LANDY, State Bar No. 136288
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA 94306-2212
   Tel: 650.843.4000
4  Fax: 650.843.4001
   dlandy@morganlewis.com
5
   M. MICHAEL COLE, State Bar No. 235538
6  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
7  San Francisco, CA 94105-1126
   Tel: 415.442.1000
8  Fax:  415.442.1001
   mcole@morganlewis.com
9
   Attorneys for Defendant
10 A.G. EDWARDS, INC., a.k.a. A.G. EDWARDS &
   SONS, INC.
11

**FILED**

07 MAY 29 PM 3: 30

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14
                   C 07 2791 BZ
15

16 SAM LANDRUM,                          Case No.
   On Behalf of Himself and
17 All Others Similarly Situated,,       **PROOF OF SERVICE**

18           Plaintiff,

19      vs.

20  A.G. EDWARDS, INC. a.k.a. A.G.
   EDWARDS & SONS, INC.,

21           Defendant.

22

23

24

25

26

27

28

ORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1-SF/7556191.1

**Proof of Service**

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On May 29, 2007, I served the within document(s):

1. **CIVIL COVERSHEET**
2. **NOTICE OF REMOVAL OF ACTION**
3. **RULE 7.1 DISCLOSURE STATEMENT**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed FEDERAL EXPRESS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FEDERAL EXPRESS agent for delivery.

☐    by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐    by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Jon E. Drucker                                    Attorney for Plaintiff, Sam Landrum
LAW OFFICES OF JON E. DRUCKER
8306 Wilshire Boulevard, Suite 638
Beverly Hills CA 90211
(323) 931-6363 Phone
(310) 861-5480 Fax

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 29, 2007, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

Patricia De La Hoya Murphy

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7556191.1

2

PROOF OF SERVICE