JON E. DRUCKER, State Bar No. 139389
LAW OFFICES OF JON E. DRUCKER
8306 Wilshire Boulevard, Suite 638
Beverly Hills, California 90211
Tel.: (323) 931-6363
Fax: (310) 861-5480
Email: JDrucker@lawyers.com

*Attorneys for Plaintiff Sam Landrum
and All Others Similarly Situated*

FILED
07 JUN -6 PM 1:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM LANDRUM, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>A.G. EDWARDS, INC., a.k.a. A.G. EDWARDS & SONS, INC.<br><br>Defendant. | Case No. C 07 2791 BZ<br><br>PLAINTIFF'S CONSENT TO MAGISTRATE JUDGE ZIMMERMAN'S JURISDICTION |

Plaintiff hereby consents to Magistrate Judge Zimmerman's jurisdiction in this case.

Dated: June 4, 2007

Respectfully Submitted,
LAW OFFICES OF JON E. DRUCKER

_____
Jon E. Drucker
Attorneys for Plaintiff Sam Landrum
and All Others Similarly Situated

PLAINTIFF'S CONSENT TO MAGISTRATE JUDGE ZIMMERMAN'S JURISDICTION

| | |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |
| 2 | (1013a, 2015.5 C.C.P.) |

STATE OF CALIFORNIA       )
                                              ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: Law Offices of Jon E. Drucker, 8306 Wilshire Boulevard, #638, Beverly Hills, California 90211.

On June 4, 2007, I served the foregoing document described as:

**PLAINTIFF'S CONSENT TO MAGISTRATE JUDGE ZIMMERMAN'S JURISDICTION**

on the INTERESTED PARTIES in this action by placing _ the original X a true copy thereof enclosed in sealed envelopes addressed as follows:

DARYL S. LANDY
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212

M. MICHAEL COLE
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereof fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 4, 2007.

I declare under penalty of perjury under the laws of the State of California and of the United States that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Julie Leon
(Print Name)                                (Signature)