# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

August 1, 2007

To:  **M. Michael Cole**
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

**Daryl Steven Landy**
Morgan Lewis & Bockius LLP
Two Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212

Re: Sam Landrum v. A.G. Edwards, Inc. - C07-2791 BZ

Dear Sirs:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for September 17, 2007 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

_/s/ Lashanda Scott_
By:   Lashanda Scott
       Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd