UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM LANDRUM, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff(s),<br><br>v.<br><br>A.G. EDWARDS, INC. a.k.a. A.G. EDWARDS & SONS, INC.<br><br>    Defendant(s). | No. C 07-02791<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/10/07

Signature _[signature]_

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")