UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM LANDRUM, ) | |
| ) | |
| Plaintiff(s), ) | No. C 07-02791BZ |
| ) | |
| v. ) | NOTICE OF IMPENDING |
| ) | REASSIGNMENT TO A UNITED |
| A.G. EDWARDS, ) | STATES DISTRICT COURT JUDGE |
| ) | |
| Defendant(s). ) | |
| ) | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment tot a United States District

Judge, or

(2) One or more of the parties has sought has sought a kind of judicial action (e.g., a

temporary restraining order) that a Magistrate Judge may not take without the consent of all

parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for 09/17/07 at 4:00 p.m. before Magistrate Judge Bernard Zimmerman will **NOT** be held.

Dated: August 14, 2007

Richard W. Wieking, Clerk
United States District Court

By: R.B. Espinosa - Court Clerk