# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Landrum,<br><br>                Plaintiff(s),<br><br>   v.<br><br>A.G. Edwards, Inc.,<br><br>                Defendant(s). | 07-02791 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---
**Notice Re: Noncompliance With Court Order**
07-02791 MMC                                                            -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

    It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: September 6, 2007

                            RICHARD W. WIEKING
                            Clerk
                            by:    Timothy J. Smagacz

                            *Timothy Smagacz*
                            _____
                            ADR Administrative Assistant
                            415-522-4205
                            Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

PROOF OF SERVICE

Case Name:      Landrum v. A.G. Edwards, Inc.

Case Number:    07-02791 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 6, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jon Evan Drucker
> Law Offices of Jon E. Drucker
> 8306 Wilshire Blvd., Suite 638
> Beverly Hills, CA 90211
> jdrucker@lawyers.com
>
> M. Michael Cole
> Morgan Lewis & Bockius LLP
> One Market, Spear Street Tower
> San Francisco, CA 94105-1126
> mcole@morganlewis.com
>
> Daryl Steven Landy
> Morgan Lewis & Bockius LLP
> Two Palo Alto Square
> 3000 El Camino Real
> Suite 700
> Palo Alto, CA 94306
> dlandy@morganlewis.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 6, 2007 in San Francisco, California.

> RICHARD W. WIEKING
> Clerk
> by:   Timothy J. Smagacz
>
> _____
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov