**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: SEP 21 2007

E-filing

C-07-2791-MMC

SAM LANDRUM  v.  A.G. EDWARDS, INC.

Attorneys: JON DRUCKER    DARYL LANDY

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference   ( ) P/T Conference   (✓) _Initial_ Case Management Conference (by phone)

**ORDERED AFTER HEARING:**

Joint statement due by 9/19/08.

✱ To be conducted in the month of February 2008.

( ) ORDER TO BE PREPARED BY:   Plntf____ Deft____ Court____

✱ (✓) Referred to Magistrate For: Settlement Conference before Mag. Laporte
(✓) By Court
(✓) CASE CONTINUED TO 9/26/08 @ 10:30 for Continued Case Management Conf

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ____ days
Type of Trial: ( ) Jury  ( ) Court

Notes:
Deadline to amend or add parties is 12/28/07.
Deadline for π to file motion for class certification is 7/1/08.

cc: Wings, Lili