DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
dlandy@morganlewis.com

M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
mcole@morganlewis.com

Attorneys for Defendant
A.G. EDWARDS & SONS, LLC, f/k/a A.G. EDWARDS & SONS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM LANDRUM, On Behalf of Himself and All Others Similarly Situated,, <br><br>Plaintiff, <br><br>vs. <br><br>A.G. EDWARDS, INC. a.k.a. A.G. EDWARDS & SONS, INC., <br><br>Defendant. | Case No. 07-cv-02791 MMC <br><br>**AMENDED FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Defendant, by and through its undersigned counsel, Morgan, Lewis & Bockius LLP, hereby amends its prior Federal Rule of Civil Procedure 7.1 Disclosure Statement and states as follows: (1) A.G. Edwards & Sons, Inc. recently converted to a Delaware limited liability company named A.G. Edwards & Sons, LLC,

1  which is a successor to A.G. Edwards & Sons, Inc. and is a wholly owned subsidiary of
2  Wachovia Securities Financial Holdings, LLC; and (2) Wachovia Securities Financial Holdings,
3  LLC is a joint venture owned indirectly by two public companies, Wachovia Corporation and
4  Prudential Financial, Inc., each of which has an indirect ownership interest of more than 10
5  percent in Wachovia Securities Financial Holdings, LLC.

6

7  Dated: February 7, 2007                    MORGAN, LEWIS & BOCKIUS LLP

8

9                                             By _____
10                                             Daryl Landy
                                               M. Michael Cole
11                                             Attorneys for Defendant,
                                               A.G. EDWARDS, INC., a.k.a. A.G.
12                                             EDWARDS & SONS, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7663619.1                                 2

AMENDED FRCP 7.1 DISCLOSURE STATEMENT