**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date:  February 8, 2008          Time: 3.5 hours

Case No:  **C-**07-2791 MMC (EDL)

Case Name:  Sam Landrum v A.G. Edwards, Inc.

   Deputy Clerk:  Lili M. Harrell      Court Reporter:

   Attorneys:  Pltf: Jon Drucker      Deft: Daryl S. Landy

---

**PROCEEDINGS**

[X]   SETTLEMENT CONFERENCE            []   FURTHER SETTLEMENT CONFERENCE

   [X]   Case settled

   []   Did not settle

   []   Partial settlement


[]   DISCOVERY CONFERENCE

[]   STATUS CONFERENCE RE:_____

[]   TELEPHONIC CONFERENCE RE:_____

[]   OTHER:_____

CASE CONTINUED TO:_  FOR _

NOTES: Settlement in principle reached. Parties to agree to the terms of the settlement and file their stipulated agreement by February 22, 2008.

cc: