IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM LANDRUM,

       Plaintiff,

  v.

A.G. EDWARDS, INC.,

       Defendant

No. C 07-2791 MMC

**ORDER ADVANCING CASE MANAGEMENT CONFERENCE**

On February 8, 2008, at a settlement conference before Magistrate Judge Elizabeth D. Laporte, the parties reached a settlement "in principle," (see Civil Minutes filed February 8, 2008), and were to file a stipulated agreement by February 22, 2008, (see id). To date, no such agreement has been filed, nor has any other document resolving the matter, such as a dismissal, been filed.

Accordingly, the September 26, 2008 Case Management Conference is hereby ADVANCED to March 21, 2008. The parties shall file a joint statement no later than March 14, 2008.

**IT IS SO ORDERED.**

Dated: March 3, 2008

MAXINE M. CHESNEY
United States District Judge