DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
dlandy@morganlewis.com

M. MICHAEL COLE, State Bar No. 235538
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
mcole@morganlewis.com

Attorneys for Defendant
A.G. EDWARDS & SONS, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM LANDRUM,<br>On Behalf of Himself and<br>All Others Similarly Situated,,<br><br>Plaintiff,<br><br>vs.<br><br>A.G. EDWARDS, INC. a.k.a. A.G.<br>EDWARDS & SONS, INC.,<br><br>Defendant. | Case No. 07-cv-02791 MMC<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

On March 3, 2008, this Court entered an order advancing the case management conference from September 26, 2008 to March 21, 2008, and ordering the parties to submit a joint case management statement by March 14, 2008. As this Court is aware, the parties appeared before Judge Magistrate LaPorte on February 8, 2008 for a settlement conference, at which time the parties agreed to settle this matter. Since that settlement conference, the parties have finalized and agreed to the terms of the settlement agreement (which includes a confidentiality clause). The settlement is unconditional and a Stipulation of Dismissal With Prejudice pursuant to Federal

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7677940.1

(C 07-02791 MMC)
JOINT CASE MANAGEMENT STATEMENT

1  Rule of Civil Procedure 41(a)(1) will be filed by no later than April 14, 2008.  In light of this, the
2  parties respectfully request that the Court take the current case management conference, set for
3  March 21, 2008, off calendar, or continue it until after April 14th, pending the filing of the
4  Stipulation of Dismissal With Prejudice.

6  Dated: March 14, 2008                MORGAN, LEWIS & BOCKIUS LLP

8                                       By  /s/
9                                          Daryl Landy
                                           Attorneys for Defendants
                                           A.G. EDWARDS, INC., a.k.a. A.G.
10                                         EDWARDS & SONS, INC.

11  Dated: March 14, 2008
12

13                                       By  /s/ with permission
                                            Jon E. Drucker
14                                          Attorneys for Plaintiff
                                            SAM LANDRUM