IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM LANDRUM,

        Plaintiff,

  v.

A.G. EDWARDS, INC.,

        Defendant

No. C 07-2791 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court is in receipt of the Joint Case Management Statement filed March 14, 2008, in which the parties represent they have "finalized and agreed to the terms of the settlement agreement," (see Statement at 1:26-27), and will file a "Stipulation of Dismissal With Prejudice . . . no later than April 14, 2008," (see id. at 1:28-2:1). The parties request therein that the March 21, 2008 Case Management Conference be either vacated, or, in the alternative, continued to a date later than April 14, 2008.

      The Court adopts the parties' alternative relief requested, and, accordingly, hereby CONTINUES the March 21, 2008 Case Management Conference to April 25, 2008. The parties shall file a joint statement no later than April 18, 2008.

      **IT IS SO ORDERED.**

Dated: March 14, 2008

                                     MAXINE M. CHESNEY
                                     United States District Judge