1  DARYL S. LANDY, State Bar No. 136288
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306-2212
   Tel: 650.843.4000
4  Fax: 650.843.4001
   dlandy@morganlewis.com
5
   M. MICHAEL COLE, State Bar No. 235538
6  MORGAN, LEWIS & BOCKIUS, LLP
   One Market, Spear Street Tower
7  San Francisco, CA  94105-1126
   Tel:  415.442.1000
8  Fax:  415.442.1001
   mcole@morganlewis.com
9

10 Attorneys for Defendant
   A.G. EDWARDS & SONS, LLC (formerly known
11 as A.G. EDWARDS & SONS, INC.)

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                    SAN FRANCISCO DIVISION
15

| SAM LANDRUM,<br>On Behalf of Himself and<br>All Others Similarly Situated,,<br><br>Plaintiff,<br><br>vs.<br><br>A.G. EDWARDS, INC. a.k.a. A.G.<br>EDWARDS & SONS, INC.,<br><br>Defendant. | Case No. 07-cv-02791 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |
|---|---|

1   It is hereby STIPULATED by and between the parties to this action, and their designated
2   counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1) the above-titled action be
3   discontinued and dismissed with prejudice as to all parties, with each party bearing his, her, or its
4   own fees and costs.

5   Dated: April 8, 2008          By: /s/ Jon E. Drucker
6                                  Jon E. Drucker
                                   Attorney for Plaintiff Sam Landrum
7
8   Dated: April 8, 2008          MORGAN LEWIS & BOCKIUS LLP

9                                  By: /s/ Daryl Landy (MMC)
10                                 Daryl S. Landy
                                   Attorneys for Defendant A.G. EDWARDS &
11                                 SONS, LLC (formerly known as A.G. EDWARDS
                                   & SONS, INC.)
12

13                          **[PROPOSED] ORDER**

14      The matter of *Sam Landrum v. A.G. Edwards, Inc., a.k.a. A.G. Edwards & Sons, Inc.*,
15  United States District Court, Northern District of California, Case No. . 07-cv-02791 MMC is
16  hereby dismissed with prejudice in its entirety as to all parties.
17  **IT IS SO ORDERED.**
18
19  Dated: _____          _____
20                                  The Hon. Maxine M. Chesney
                                    United States District Court Judge

2