1  DARYL S. LANDY, State Bar No. 136288
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA  94306-2212
   Tel: 650.843.4000
4  Fax: 650.843.4001
   dlandy@morganlewis.com
5
   M. MICHAEL COLE, State Bar No. 235538
6  MORGAN, LEWIS & BOCKIUS, LLP
   One Market, Spear Street Tower
7  San Francisco, CA  94105-1126
   Tel:  415.442.1000
8  Fax:  415.442.1001
   mcole@morganlewis.com
9

10 Attorneys for Defendant
   A.G. EDWARDS & SONS, LLC (formerly known
11 as A.G. EDWARDS & SONS, INC.)

12
                       UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
                            SAN FRANCISCO DIVISION
15

16 SAM LANDRUM,                          | Case No. 07-cv-02791 MMC
   On Behalf of Himself and              |
17 All Others Similarly Situated,,       | **STIPULATION AND [PROPOSED]**
                                         | **ORDER FOR DISMISSAL OF CASE WITH**
18                 Plaintiff,            | **PREJUDICE**

19        vs.

20 A.G. EDWARDS, INC. a.k.a. A.G.
   EDWARDS & SONS, INC.,
21
                   Defendant.
22

23

24

25

26

27

28

It is hereby STIPULATED by and between the parties to this action, and their designated counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1) the above-titled action be discontinued and dismissed with prejudice as to all parties, with each party bearing his, her, or its own fees and costs.

Dated: April 8, 2008

By: /s/ Jon E. Drucker
Jon E. Drucker
Attorney for Plaintiff Sam Landrum

Dated: April 8, 2008

MORGAN LEWIS & BOCKIUS LLP

By: /s/ Daryl S. Landy (MMC)
Daryl S. Landy
Attorneys for Defendant A.G. EDWARDS & SONS, LLC (formerly known as A.G. EDWARDS & SONS, INC.)

### [PROPOSED] ORDER

The matter of *Sam Landrum v. A.G. Edwards, Inc., a.k.a. A.G. Edwards & Sons, Inc.*, United States District Court, Northern District of California, Case No. . 07-cv-02791 MMC is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: April 9, 2008

/s/ Maxine M. Chesney
The Hon. Maxine M. Chesney
United States District Court Judge